NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DALE D'ANDREW ROBINSON,    )
   )
     Appellant,    )
   )
v.    )    Case No. 2D19-163
   )
STATE OF FLORIDA,    )
   )
     Appellee.    )
_____)

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Jalal A. Harb, Judge.

Dale D'Andrew Robinson, pro se.

PER CURIAM.

        Affirmed.

VILLANTI, MORRIS, and SLEET, JJ., Concur.